CSD 1181 [10/17/05]
Name, Address, Telephone No. & I.D. No.

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 Michael Williams (Bar No. 181299)
 michaelwilliams@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443 3000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
JONATHAN MITCHELL SHIFF

BANKRUPTCY NO. 08-05226-LT11

Tax I.D.(EIN)#:_____/S.S.#:XXX-XX-_____   Debtor.

## NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

  **YOU ARE HEREBY NOTIFIED** that on September 8, 2009         , at   10:00 a .m., in Department  3 , Room  129 , of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of DIRECTV, Inc.                               , for [check the appropriate box]:

[  ]   Dismissal of a chapter 7, 11 or 12 case;

[  ]   Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

[  ]   Allowance of [interim] [final] compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by Federal Rule of Bankruptcy Procedure 2002(c)(2)];

[  ]   Appointment of a trustee in a chapter 11 case; or

[ ✓ ]  Other [specify the nature of the matter]:

   Motion For Order Temporarily Allowing DIRECTV's Claim For Voting Purposes

  If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

  Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" St., San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED: August 11, 2009

                              Michael E. Williams
                              [Attorney for] Moving Party

---

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.
CSD 1181

CSD 1181 (Page 2) [10/17/05]

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on __11th__ day of __August 2009_____, I served a true copy of the within NOTICE OF MOTION AND HEARING by [describe here mode of service]

ECF

on the following persons [set forth name and address of each person served] and/or as checked below:

[✓]   Attorney for Debtor (if required):

John L Smaha, Esq.
Gustavo E. Bravo, Esq.
Frederick W. Pfister, Esq.
Smaha Law Group, APC
7860 Mission Center Court, Suite 100
San Diego, California 92108

| [✓] For Chpt. 7, 11, & 12 cases: | [ ] For ODD numbered Chapter 13 cases: | [ ] For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite. 1500<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __August 11, 2009__
(Date)

A.J. Bedel
(Typed Name and Signature)

865 S. Figueroa Street, Tenth Floor
(Address)

Los Angeles, CA 90017
(City, State, ZIP Code)

CSD 1181