QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael Williams (Bar No. 181299)
   michaelwilliams@quinnemanuel.com
  Justin Griffin (Bar No. 234675)
   justingriffin@quinnemanuel.com
  A.J. Bedel (Bar No. 243603)
   ajbedel@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for DIRECTV, Inc.

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JONATHAN MITCHELL SHIFF | CASE NO. 08:05226-LT<br><br>DIRECTV'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR AN ORDER TEMPORARILY ALLOWING DIRECTV'S CLAIM FOR VOTING PURPOSES<br><br>[Filed Concurrently with Motion of Creditor DIRECTV, Inc.]<br><br>Date:   September 8, 2009<br>Time:   10:00 a.m.<br>Place:  Department 3, Room 129<br>           United States Courthouse<br>           325 "F" Street<br>           San Diego, California 92101 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      Creditor DIRECTV, Inc. respectfully requests that the Court take judicial notice of the following documents pursuant to Federal Rule of Evidence 201, which authorizes judicial notice of facts "(1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned."  FEDERAL RULE OF EVIDENCE 201(b).  These documents consist of pleadings previously filed with this Court in this action in connection with DIRECTV's Proof of Claim.

      1.    Attached as Exhibit A is a true and correct copy of Proof of Claim No. 58, filed by DIRECTV, Inc. in the above-captioned matter on January 14, 2009.

      2.    Attached as Exhibit B is a true and correct copy of Debtor's Objection to Claim and Notice Thereof, filed in the above-captioned matter on May 4, 2009.

      3.    Attached as Exhibit C is a true and correct copy of DIRECTV's Response to Debtor's Objection to Claim, filed in the above-captioned matter on June 3, 2009.

      4.    Attached as Exhibit D is a true and correct copy of the Declaration of Kristin L. Haley in Support of DIRECTV's Response to Debtor's Objection to Claim, and exhibits thereto, previously filed in the above-captioned matter on June 3, 2009.

DATED: August 11, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                        By/s/ *Michael E. Williams*
                                          Michael E. Williams
                                          Attorneys for Creditor DIRECTV, Inc.

20151/3048377.1

-1-                Case No. 08-05226-LT
DIRECTV'S RJN ISO ITS MOTION FOR AN ORDER TEMPORARILY ALLOWING DIRECTV'S CLAIM FOR VOTING PURPOSES