QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael Williams (Bar No. 181299)
    michaelwilliams@quinnemanuel.com
  Justin Griffin (Bar No. 234675)
    justingriffin@quinnemanuel.com
  A.J. Bedel (Bar No. 243603)
    ajbedel@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for DIRECTV, Inc.

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JONATHAN MITCHELL SHIFF | CASE NO. 08:05226-LT<br><br>[PROPOSED] ORDER TO TEMPORARILY ALLOWING DIRECTV'S CLAIM FOR VOTING PURPOSES<br><br>Date: September 8, 2009<br>Time: 10:00 a.m.<br>Place: Department 3, Room 129<br>United States Courthouse<br>325 "F" Street<br>San Diego, California 92101 |

20151/3049654.1

Case No. 08-05226-LT
[PROPOSED] ORDER

Based on DIRECTV's Motion To Temporarily Allow Its Claim for Voting Purposes, DIRECTV's Request for Judicial Notice In Support of the Motion, the other pleadings previously filed in this matter, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

1. DIRECTV's Unsecured Claim (Claim No. 58) is hereby TEMPORARILY ALLOWED in the full amount of $10,700,000.00 for the purposes of voting on the Third Amended Chapter 11 Plan of Reorganization;

[OR]

1. DIRECTV's Unsecured Claim (Claim No. 58) is hereby TEMPORARILY ALLOWED in the amount of $_____ for the purposes of voting on the Third Amended Chapter 11 Plan of Reorganization.

DATED: September ___, 2009

_____
Honorable Laura S. Taylor
Judge, United States Bankruptcy Court

20151/3049654.1